WILLIAM W. TAYLOR, Appellant, *v.* FRANKLIN B. BERNARD et al., Respondents.

(Argued December 7, 1894; decided December 21, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed so far as appealed from a judgment entered upon a decision of the court on trial at Special Term.

*Albert Bach* for appellant.

*I. Newton Williams* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

MARGARET PALMER, Respondent, *v.* JOHN A. PIRSON, Appellant.

(Argued December 7, 1894; decided December 21, 1894.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 14, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Arthur W. Hickman* for appellant.

*Wallace Thayer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.